**Order entered October 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-00731-CR
No. 05-16-00778-CR

**ELVIN LYNN JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court
Collin County, Texas
Trial Court Cause Nos. 199-82708-2012 & 199-82147-2013**

## ORDER

Appellant's brief was due September 21, 2016. By postcard dated September 22, 2016, we instructed appellant to file his brief and a motion to extend time within ten days. We cautioned appellant that the failure to file a brief and motion within ten days would result in the Court ordering the trial court to conduct a hearing. To date, no brief or motion has been filed.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. The trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute the appeal, whether appellant is indigent, or if not indigent, whether retained counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the

hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

/s/     ADA BROWN
         JUSTICE